**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

_____

IN RE:

     Darrance LaQuann Cain                         CASE NO.:     25-25913
                                                      Chapter:      13

Debtor

_____

**VERIFIED MOTION OF DEBTOR TO EXTEND AUTOMATIC STAY UNDER SECTION**
**362(c)(3)(B) AS TO ALL CREDITORS**

_____

Comes now the Chapter 13 Debtor, by and through counsel, and represents to the Court as follows:

1. That the Debtor has had one prior case dismissed within the last year.

    a.     Case number 25-24061, filed 8/13/2025 was dismissed 11/14/2025.

2. That the financial affairs of the Debtor have substantially changed since the dismissal of the prior case and the Debtor feels that he can fund and fully perform his plan because Debtor receives regular self-employment income and is able to make plan payments.

3. That Paragraph 23 of Schedule J accompanying the Chapter 13 petition signed by the Debtor provides total projected monthly net income of $284.33.

4. That the proposed plan payment is $200.00 per month.

5. That the Debtor's prior Chapter 13 case was not dismissed because the Debtor failed to provide adequate protection ordered by the Court or after the Debtor failed to file or amend the petition or other documents as required by the Bankruptcy Code or the Court without substantial excuse.

6. That the Debtor's prior Chapter 13 case was not dismissed while an action under Section 362(d) of the Bankruptcy Code was pending or after such an action had been resolved with an order terminating, conditioning or limiting the stay.

7. That this petition has been filed in good faith as to the creditors to be stayed and the Debtor believes he can fully perform the terms of the proposed plan should it be confirmed by this Honorable Court.

WHEREFORE, PREMISES CONSIDERED, your Debtor moves this Court under Section

362(c)(3)(B) to extend the automatic stay under Section 362(a) as to all creditors for the duration of this Chapter 13 case or until such time as the stay is terminated, modified, or annulled under Section 362(d) of the Bankruptcy Code or further order of the Court.

**/s/ Arthur A. Byrd Jr.**
Arthur A. Byrd Jr. (029081)
Attorney for the Plaintiff/Debtor
116 Mulberry Street East
Collierville, TN  38017
(901) 848-2549
aabyrdjr@gmail.com

/s/ Darrance LaQuann Cain
Darrance LaQuann Cain
Debtor
Date:  11/17/25

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, a copy of this document was sent to the following by first class US Mail.

**/s/ Arthur A. Byrd Jr.**
**Arthur A. Byrd Jr.**
**Law Office of Arthur A. Byrd Jr.**
**116 Mulberry Street**
**Collierville, TN 38017**
**901-848-2549**
**aabyrdjr@gmail.com**

Debtor
Chapter 13 Trustee
All entities on matrix