11/16/25  9:20AM

☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:**   **Darrance LaQuann Cain**                                      **Case No.**

**Debtors:**                                                                **Chapter 13**

---

**CHAPTER 13 PLAN**

---

**ADDRESS:**   **(1)**   **3996 Ann Arbor Ct # 6**          **(2)** _____
**Memphis, TN 38128**                        _____

**PLAN PAYMENT:**
   **Debtor(1)** shall pay $   **200.00**      (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
   ☐ **PAYROLL DEDUCTION** From: _____   **OR (x) DIRECT PAY**

   **Debtor(2)** shall pay $ _____   (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
   ☐ **PAYROLL DEDUCTION** From: _____   **OR (    ) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

   **(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**      ☐ YES   ☑ NO
   **(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION**        ☐ YES   ☑ NO
      **OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**
   **(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**    ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

**4. DOMESTIC SUPPORT:**                                                   Monthly Plan Payment:

| | | |
|---|---|---|
| **State Disbursement Unit (Laurette Moss, Nelodye Montgomery, Tarshaneka King)** | Paid by: ☑ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to: ongoing payment begins   Arrears only | $**0.00** |
| | Approximate arrearage:   **1,500.00** | $**25.00** |

**5. PRIORITY CLAIMS:**

**-NONE-** _____   Amount _____   $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**None** _____   ongoing payment begins _____   $ _____
            Approximate arrearage: _____ Interest _____   $ _____

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **None** | | | |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **-NONE-** | | | $ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

**-NONE-**                                    Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Country View Apartments** | **3,000.00** | **0.00%** | $**50.00** |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

**None**                        ☐    Not provided for   **OR** ☐    General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

**-NONE-**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $11,590.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐          **%, OR,**
☑    **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**Country View Apartments**: **Residential**                        ☑    Assumes  **OR** ☐    Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

  **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.

**/s/ Arthur A Byrd Jr**                              Date **November 16, 2025**                              .
**Arthur A Byrd Jr**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com