**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

IN RE:

DARRANCE LAQUANN CAIN,

Chapter 13
Case No. 25-25913

Debtor.

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**AND FOR EXPEDITED HEARING**

**COMES NOW** the Movant, Country View Apartments, by and through its attorney of record, Glankler Brown, PLLC, and moves the Court to lift the Automatic Stay and permit Movant to lawfully remove Debtor(s) from the premises located at 3996 Ann Arbor Ct #6, Memphis, Tennessee 38128 (the "premises") and respectfully states as follows:

1. Movant and Debtor(s) have a Lessor/Lessee relationship evidenced by a certain written lease agreement for the premises dated May 16, 2025.

2. Debtor(s) occupancy of the premises under the lease agreement began on May 16, 2025 and is to conclude on February 28, 2026.

3. Debtor(s) is past due in his/her rental payments pursuant to the express terms of the lease agreement.

4. At the time Debtor filed the subject Petition in Bankruptcy, Debtor(s) was delinquent under the material terms of the Lease and was in arrears for June, July, August, September, October and November in the amount of $5,892.00.

5. Since filing, Debtor(s) has further breached the Lease and is now post-petition delinquent under the Lease in the amount of $926.00, which represents non-payment for the month of December.

6. Debtor(s) total delinquency owed to movant now totals $6,818.00.

7. Movant request that Country View Apartments be added to, and paid under, Debtor's Chapter 13 plan for the duration of the plan as a general unsecured creditor.  The claim

will be at least in the amount of $7,292.00, of which $5,892.00 is rent arrearage pre-petition, $926.00 is rent arrearage post-petition, $275.00 is attorney fee, and $199.00 court costs, incurred by Country View Apartments.  The claim will also include all post-petition arrears accrued through the granting of this motion.

8. Movant alleges that pursuant to 11 U.S.C. § 362(d)(1) sufficient cause exists for lifting the Automatic Stay.

9. Movant further alleges and avers that continued occupation of said premises by Debtor is not necessary for the rehabilitation of Debtors and that Debtors have no equity in the premises.

10. For the same reasons, Movant asks the Court to waive the Rule 4001(a)(4) 14-day stay, allowing any order granting Movant's motion to go into immediate effect, and permitting Movant to proceed without any delay.

**WHEREFORE, PREMISES CONSIDERED,** Movant requests that the Court lift the stay, for a reasonable attorney fee for the costs of filing this Motion for an expedited hearing and for any other further and general relief as the Court may deem appropriate.

GLANKLER BROWN, PLLC

/s/ S. Joshua Kahane
S. Joshua Kahane (#23726)
S.T. Rayburn (#41634)
Attorneys for Country View Apartments
6000 Poplar Ave, Ste 400
Memphis TN  38119
Direct Ph:      (901) 576-1701
Fax:             (901) 525-2389
Email:          jkahane@glankler.com
Email:          srayburn@glankler.com

CERTIFICATE OF SERVICE 12/19/25:

*Via U. S. Mail*
Darrance LaQuann Cain
Debtor
3996 Ann Arbor Ct #6
Memphis, TN 38128

*Via U. S. Mail*
Arthur Byrd
Debtor's Attorney
Law Office of Arthur A. Byrd, Jr.
116 Mulberry
Collierville, TN 38017

*Via U. S. Mail*
Sylvia F. Brown
Chapter 13 Trustee
200 Jefferson Ave, Ste 1113
Memphis, TN 38103