**UNITED STATES BANKRUTPCY COURT**
**WESTERN DISTRICT TENNESSEE**
**WESTERN DIVISION**

In re:

DARRANCE LAQUANN CAIN                        Case No. 25-25913-mrh
    Debtor.                                  Chapter 13


COUNTRY VIEW APARTMENTS, and
GLANKLER BROWN, PLLC,
    Appellants

v.                                            Case No. 2:26-cv-02243-SHL-tmp

DARRANCE LAQUANN CAIN,
    Appellee.


**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS**
**TO BE INCLUDED IN RECORD ON APPEAL**

**COMES NOW,** Darrance LaQuann Cain (the "Debtor" or "Appellee"), pursuant to FED.

R. BANKR. P. 8009(a)(2), and designates the following additional items to be included in the record:

| Documents from Case No. 25-25913-mrh | | |
|---|---|---|
| **Filing Date** | **Doc. No.** | **Docket Text** |
| 11/16/2025 | 2 | Chapter 13 Plan and Request for Assumption of Executory Contract Filed by Debtor Darrance LaQuann Cain. (Entered: 11/16/2025) |
| 11/20/2025 | 13 | BNC Certificate of Mailing - Meeting of Creditors (related document(s) 7 Meeting of Creditors Notice Date 11/20/2025. (Entered: 11/20/2025) |
| 11/20/2025 | 14 | BNC Certificate of Mailing (related document(s) 11 Notice of Hearing) Notice Date 11/20/2025. (Entered: 11/20/2025) |
| 11/20/2025 | 15 | BNC Certificate of Mailing (related document(s) 10 Court's Certificate of Service of Plan.) Notice Date 11/20/2025. (Entered: 11/20/2025) |
| 11/20/2025 | 16 | BNC Certificate of Mailing (related document(s) 9 Order Directing Debtor to Make Payments to Trustee) Notice Date 11/20/2025. (Entered: 11/20/2025) |
| 12/18/2025 | 22 | BNC Certificate of Mailing (related document(s) 21 Notice of Hearing) Notice Date 12/18/2025. (Entered: 12/18/2025) |

Respectfully submitted,

**LAW OFFICE OF ARTHUR A. BYRD, JR.**

/s/ Arthur A. Byrd, Jr.
   Arthur A. Byrd, Jr.
116 Mulberry
Collierville, TN 38017
901-848-2549
Email: aabyrdjr@gmail.com

AND

**BUTLER SNOW LLP**

/s/ James E. Bailey III
   James E. Bailey III (TN 015979)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
(901) 680-7347
(901) 680-7201 facsimile
jeb.bailey@butlersnow.com

*Attorneys for the Debtor/Appellee*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served on the persons listed below and on all parties receiving ECF notice in this case on this April 6, 2026:

S. Joshua Kahane
S.T. Rayburn
6000 Poplar Avenue, Suite 400
Memphis, TN 38119

Sylvia F. Brown
Chapter 13 Trustee
200 Jefferson Avenue, Suite 1113
Memphis, TN 38103

/s/ James E. Bailey III